## 62165. GREEN v. LOCKHART et al.

Sognier, Judge.

The appellant having failed to timely file an enumeration of errors and brief this appeal is accordingly dismissed. Code Ann. § 24-3627. (Rule 27 C. A.).

*Appeal dismissed. Shulman, P. J., and Birdsong, J., concur.*

Decided June 23, 1981.

*Lloyd E. Thompson, Jr., Edward E. Boshears,* for appellant. *Robert H. Baer,* for appellees.